UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRANCE JOE QUINLAN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF CORRECTIONS,<br><br>　　　　　　　Defendants. | Case No. C22-75 BJR-TLF<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of Magistrate Theresa L. Fricke and the remaining record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation;

(2)　Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is DENIED;

(3)　Plaintiff's complaint (Dkt. 9) is DISMISSED without prejudice;

(4)　This dismissal counts as a strike pursuant to 28 U.S.C. 1915(e)(2)(B) and (g); and

(5)　The Clerk is directed to send copies of this Order to Plaintiff.

Dated this 9th day of June, 2022.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 1